UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.16-62779-Civ-SNOW (Consent case)

KENNIE LEE CHAPPEL, JR.

    Plaintiff,

v.

BOSS RAIN FOREST PET RESORT, INC.,
d/b/a Boss the Pet Connection, ENRIQUE
FERNANDEZ and PATRICIA FERNANDEZ,

    Defendants.
_____/

## ORDER OF FINAL JUDGMENT

THIS CAUSE is before the Court following a bench trial held on January 30-31 and February 6, 2018 and the Findings of Fact and Conclusions of Law entered on this date.  It is hereby

ORDERED AND ADJUDGED as follows:

1.    Judgment is hereby entered for the Defendants and against the Plaintiff.

2.    The Clerk of the Court shall CLOSE this case and DENY any pending motions as moot.

DONE AND ORDERED at Fort Lauderdale, Florida, this 15th day of March, 2018.

                                            LURANA S. SNOW
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record