UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62779-CIV-SNOW

KENNIE LEE CHAPPEL, JR.,

    Plaintiff,

vs.

BOSS RAIN FOREST PET RESORT, INC.,
d/b/a BOSS THE PET CONNECTION,
ENRIQUE FERNANDEZ and PATRICIA
FERNANDEZ,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Defendants' Verified Motion for Award of Attorney's Fees Against Plaintiff and his Counsel (ECF No. 110). The Motion is fully briefed and it is ripe for consideration.

This was an action for unpaid wages and retaliation under the Fair Labor Standards Act (FLSA). The case was tried to the Court, and on March 15, 2018, Final Judgment was entered in favor of the Defendants. (ECF No. 106). The Defendants seek an award of attorney's fees against the Defendant pursuant to the FLSA and against Plaintiff's counsel, pursuant to 28 U.S.C. § 1927, on the ground that all claims against Defendant Patricia Fernandez ( the late payment of wages claim and the retaliation claim) were brought in bad faith. The Defendants seek fees in the total amount of $90,529.50, based on 36.6 hours of work performed by attorney Michael W. Simon at the rate of $395.00 - $400.00 per hour; 258.2 hours by attorney Damon E. Gasser at the rate of $275.00 - $300.00 per hour, and 1.9 hours by attorney Heather E. Kruzyk at the rate of $225.00 per hour. The Plaintiff does not contest the hourly rates or hours spent on the case by the Plaintiff's attorneys, but contends that all claims were brought in good faith.

The Plaintiff's case rested on his credibility. If the Plaintiff were found to be fully credible, there was a basis for each of his claims. As the trier of fact, the undersigned found the

Plaintiff to be less than fully credible, and because it was the Plaintiff's burden to prove each of his claims, the Court decided the case in favor of the Defendants. This does not mean that the testimony of the Defendants was fully credited, it means only that the Plaintiff failed to meet his burden. The fact that the claims against Patricia Fernandez and the claims for late pay and retaliation were weaker than the overtime claim does not equate to bad faith. Therefore, the undersigned finds that there is no basis for an award of attorneys fees under the FLSA or § 1927. Accordingly, it is hereby

ORDERED and ADJUDGED that Defendants' Verified Motion for Award of Attorney's Fees Against Plaintiff and his Counsel (ECF No. 110) is DENIED.

DONE and ORDERED at Fort Lauderdale, Florida this 21st day of June, 2018.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record